**Janet SHIRTS, Respondent**

v.

**MEDICAP PHARMACY, Appellant.**

**No. WD 64844.**

Missouri Court of Appeals,
Western District.

Jan. 17, 2006.

Richard J. Fitzgerald, St. Louis, MO, for appellant.

Roger G. Brown, St. Louis, MO, for respondent.

Before SMART, P.J., LOWENSTEIN and HARDWICK, JJ.

---

*ORDER*

PER CURIAM.

Employer and Insurer appeal from an award of workers' compensation declaring the Claimant to be totally and permanently disabled. Appellant contends there was insufficient evidence to support the award because Claimant's evidence was speculative and that there was a lack of specificity in the award as to future medical payments. Affirmed. Rule 84.16(b).